1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CRAIG CROSBY and CHRISTOPHER JOHNSON, on behalf of themselves and others similarly situated, | CASE NO. |
| Plaintiffs, | **CLASS ACTION COMPLAINT** |
| v. | |
| AMAZON.COM, INC., a Delaware corporation. | **JURY TRIAL DEMANDED** |
| Defendant. | |

1

## TABLE OF CONTENTS

Page No.

I.      INTRODUCTION ........................................................................................ 1

II.     JURISDICTION AND VENUE ................................................................. 1

III.    PARTIES ..................................................................................................... 2

        A.      Plaintiffs ..........................................................................................2

        B.      Defendant .........................................................................................3

IV.     CLASS ACTION ALLEGATIONS ........................................................... 4

V.      CHOICE OF LAW ALLEGATIONS........................................................ 6

VI.     FACTUAL ALLEGATIONS ..................................................................... 6

        A.      Amazon Sells Defective, and Dangerous Lithium-Ion 18650 Batteries.................6

        B.      Amazon Knows about the Defective Nature of Lithium-Ion 18650 Batteries ........7

        C.      Defective Lithium-Ion 18650 Batteries Pose Serious Risk Of Injury ..................10

        D.      Plaintiffs Purchased Amazon Products Containing Defective Lithium-Ion 18650
                Batteries ........................................................................................11

VII.    CAUSES OF ACTION .............................................................................. 17

        FIRST CAUSE OF ACTION (Violation Of The Washington Consumer Protection Act,
        RCW Section 19.86.010 *et seq*.,  (On behalf of Plaintiffs and the Class)......................17

        SECOND CAUSE OF ACTION
        DECLARATORY RELIEF UNDER THE DECLARATORY JUDGMENT ACT, 28
        U.S.C. 2201  (On behalf of Plaintiffs and the Class) ......................................................18

VIII.   PRAYER FOR RELIEF ........................................................................... 19

IX.     DEMAND FOR JURY TRIAL ................................................................. 19

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## I.     **INTRODUCTION**

1.     Amazon engaged in an unfair and/or deceptive business practice by falsely advertising, marketing, and selling defective, and often dangerous lithium-ion 18650 battery cells and products containing them.

2.     Lithium-ion 18650 batteries are marketed and sold by Amazon to be used in consumer devices, including laptops, flashlights, cameras, lasers, measurement tools, children's toys, battery packs, hoverboards, and e-cigarettes.

3.     Amazon makes numerous false and misleading representations about the characteristics of the batteries. Amazon misrepresents the energy capacity of lithium-ion 18650 batteries and safety features allegedly contained in the batteries. Amazon is selling batteries with advertised characteristics that do not exist.

4.     Not only does Amazon unfairly, unlawfully, and deceptively hide the truth about lithium-ion 18650 batteries, but they also continue to sell, market, and advertise the batteries on their website despite knowledge that the batteries are not as advertised.

5.     Amazon's advertising, and information on its website is misleading to consumers, and Amazon has profited based on its deceptive and/or unfair practice of incorrectly leading the public to believe that the batteries had longer capacity or higher output than they did, and possessed safety features they did not.  Amazon's conduct constitutes a violation of the Washington Consumer Protection Act.

## II.    **JURISDICTION AND VENUE**

6.     This Court has personal jurisdiction over Defendant because Amazon maintains its headquarters in this district and in Washington state and has intentionally availed itself of the laws of Washington by conducting a substantial amount of business in the state that is the subject of this Complaint.  Decisions regarding the advertising of these products are made at the headquarters of Amazon, which is located in this district. This Court accordingly has personal jurisdiction over Amazon.

7.     This Court has subject matter jurisdiction because this is a class action arising under the Class Action Fairness Act of 2005 ("CAFA"), which confers original jurisdiction on the federal courts for any class action in which any member of the Class is a citizen of a state different from any defendant, and in which the matter in controversy exceeds in the aggregate $5,000,000, exclusive of interest and costs. Plaintiffs allege that the total claims of individual Class members in this action are in excess of $5,000,000, as required by 28 U.S.C. § 1332(d)(2) & (6). Plaintiffs are citizens of California, whereas Defendant is a citizen of Washington, satisfying 28 U.S.C. § 1332(d)(2)(A). Furthermore, the total number of Class members is greater than 100, as required by 28 U.S.C. § § 1332(d)(5)(B). Federal subject matter jurisdiction thus exists.

8.     Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) because Amazon is headquartered and resides in this District.  Venue is further appropriate in this district pursuant to the forum selection clause in Amazon's online "conditions of use," which are available when a consumer signs up for an Amazon account and makes purchases. As of May 3, 2021, the conditions provide that "[a]ny dispute or claim relating in any way to your use of any Amazon Service will be adjudicated in the state or Federal courts in King County, Washington, and you consent to exclusive jurisdiction and venue in these courts."

III.   **PARTIES**

A.  **Plaintiffs**

9.     Plaintiff CRAIG CROSBY resides in Camarillo, California. During the Class period, Mr. Crosby purchased deceptive individual 18650 lithium-ion battery cells and products containing intentionally deceptive 18650 lithium-ion battery cells from Amazon.com as the direct seller after May 3, 2021, the date Amazon dropped its arbitration requirement in its Conditions of Use. At the time of purchase, Amazon's statements and omissions had the capacity to deceive a substantial portion of the purchasing public.  The products were found to have lower

CLASS ACTION COMPLAINT                2            Cotchett, Pitre & McCarthy, LLP
(Case Number  --          )                                  7511 Greenwood Avenue N., Suite 4057
                                                             Seattle, WA 98103

1  battery capacity than advertised only after the products were bought, mailed, received, and tested

2  by Plaintiffs.

3       10.    Plaintiff CHRIS JOHNSON resides in Woodland Hills, California. During the

4  Class period, Mr. Johnson purchased deceptive individual 18650 lithium-ion battery cells and

5  products containing defective 18650 lithium-ion battery cells from Amazon.com as the direct

6  seller after May 3, 2021, the date Amazon dropped its arbitration requirement in its Conditions

7  of Use. At the time of purchase, Amazon's statements and omissions had the capacity to deceive

8  a substantial portion of the purchasing public.  The products were found to have lower battery

9  capacity than advertised only after the products were bought, mailed, received, and tested by

10  Plaintiffs.

11       11.    Absent award of the relief sought in this lawsuit, Plaintiffs Crosby and Johnson

12  and the public will continue to suffer harm. Plaintiffs as well as the public generally continue to

13  be at risk of future harm, as Amazon knows about its deceptive practice because of the

14  unfavorable reviews on its website stating as much, and has refused to change its practices

15  related to the sale of defective lithium-ion 18650 batteries.  Amazon continues to make false and

16  misleading statements in connection with the sale of such products. This continued violation of

17  the law creates ongoing damage to Plaintiffs and to the purchasing public.

18  **B.  Defendant**

19       12.    Defendant AMAZON.COM, INC. is a corporation located in Washington state,

20  and organized under the laws of the State of Delaware, with its headquarters, and principal place

21  of business at 410 Terry Avenue, Seattle WA 98109.

22       13.    Amazon Warehouse Deals is a division or arm of AMAZON.COM, INC. Amazon

23  Warehouse Deals offers discounted goods that have been returned, warehouse-damaged, used, or

24  refurbished products. Amazon Warehouse Deals is a direct seller of lithium-ion 18650 batteries

25  and is responsible for the sale, marketing, and advertisement of the defective lithium-ion 18650

26  batteries and products contain lithium-ion 18650 batteries at issue in this case.  (Amazon.com,

CLASS ACTION COMPLAINT    3    Cotchett, Pitre & McCarthy, LLP
(Case Number  --          )    7511 Greenwood Avenue N., Suite 4057
Seattle, WA 98103

1   Inc. including Amazon Warehouse Deals, is collectively referred to herein as "Amazon.com" or

2   "Amazon").

3   **IV.     CLASS ACTION ALLEGATIONS**

4          14.     Plaintiffs bring this class-action lawsuit on behalf of themselves and the proposed

5   members of the Class pursuant to Rule 23(b) of the Federal Rules of Civil Procedure.

6          15.     This action has been brought and may properly be maintained as a class action

7   against Defendant Amazon because there is a well-defined community of interest in the litigation

8   and the proposed Class is easily ascertainable.

9          16.     Plaintiffs seek certification of the following Class:

10          All individuals or organizations that purchased lithium-ion 18650 batteries
            or products containing lithium-ion 18650 batteries from Amazon after May
11          3, 2021 until the date of class certification.

12          17.     ***Numerosity***. Plaintiffs do not know the exact number of Class members but

13   believe the Class comprises at least thousands of consumers nationwide. As such, the Class is so

14   numerous that joinder is impractical.

15          18.     ***Commonality and predominance.*** Each of the proposed Class members, are

16   similarly situated to Plaintiffs with regard to their rights as purchasers of lithium-ion batteries

17   from Amazon.

18          19.     There are common questions of law and fact that affect all Class members. These

19   questions predominate over questions that might affect individual Class members. These

20   common questions include, but are not limited to, the following:

21          A.   Whether Amazon falsely advertised lithium-ion batteries;

22          B.   Whether Amazon's representations regarding the deceptive and/or dangerous

23               nature of the batteries were objectively material;

24          C.   Whether Amazon adequately disclosed and described the deceptive and/or

25               dangerous nature of the lithium-ion batteries and the risks associated with their

26               use;

CLASS ACTION COMPLAINT                     4              Cotchett, Pitre & McCarthy, LLP
(Case Number  --        )                                 7511 Greenwood Avenue N., Suite 4057
                                                          Seattle, WA 98103

D. Whether Amazon's representations and descriptions of the lithium-ion batteries and the products containing them were deceptive;

E. Whether Amazon failed to disclose objectively material information regarding the lithium-ion batteries;

F. Whether Amazon's representations and omissions have the capacity to deceive a substantial portion of consumers;

G. Whether Amazon's conduct violated Washington state consumer protection laws;

H. Whether Plaintiffs and the Class incurred a loss of money or property within the meaning of the WA Consumer Protection Act due to Amazon's conduct;

I. Whether Plaintiffs, the Class and the general public are entitled to public injunctive relief due to Amazon's conduct.

20. ***Typicality.*** Plaintiffs' claims are typical of Class members' claims. Plaintiffs and Class members sustained injury as a direct result of Amazon's practice of selling, marketing and advertising defective lithium-ion batteries. Thus, Plaintiffs are similarly situated to the other members of the Class and are adequate representatives of the Class.

21. ***Adequacy.*** Plaintiffs will fairly and adequately protect the Class members' interests. Plaintiffs and Class members have the same interests and Plaintiffs have attorneys who are competent and experienced in the prosecution of class actions and consumer protection cases.

22. ***Superiority.*** A class action is the superior method for fairly and efficiently adjudicating this controversy for the following reasons:

A. The monetary size of claims of the individual Class members are relatively small, and few, if any, Class members could afford to seek legal redress for the wrongs complained of;

B. Absent a class action, the Class members will likely not obtain redress of their injuries and Defendant will retain the proceeds from the violations of the laws cited herein;

Cotchett, Pitre & McCarthy, LLP
7511 Greenwood Avenue N., Suite 4057
Seattle, WA 98103

1      C.   This class action also provides the benefits of single adjudication and supervision

2          by a single court; and

3      D.   Plaintiffs are unaware of any unusual difficulties in managing this class action.

4  **V.**     **CHOICE OF LAW ALLEGATIONS**

5       23.    Washington law applies to Plaintiffs' claims by virtue of a Washington choice-of-

6  law provision that is set forth in "Conditions of Use" that appear on Amazon's website. These

7  conditions of use are available to consumers when they sign up for an Amazon account and make

8  subsequent use of the website or purchases. In pertinent part, the choice-of-law clause contained

9  in the conditions of use provides:

10      By using any Amazon Service, you agree that applicable federal law, and the laws of the

11      state of Washington, without regard to principles of conflict of laws, will govern these

12      Conditions of Use and any dispute of any sort that might arise between you and Amazon.

13  **VI.**    **FACTUAL ALLEGATIONS**

14     **A.  Amazon Sells Defective, and Dangerous Lithium-Ion 18650 Batteries**

15       24.    Amazon has and continues to benefit from the sale of deceptive, dangerous, and

16  defective lithium-ion 18650 batteries and products containing them. Amazon makes with false

17  and exorbitant capacity claims about the lithium-ion 18650 batteries that do not perform to their

18  alleged capacity and pose serious risk of injury. (*See* Exhibits A-E)

19       25.    Amazon's affirmative statements regarding alleged battery capacity, lower price

20  points, and safety features has the capacity to mislead Plaintiffs and the public into purchasing

21  batteries that were deceptive, defective, and dangerous.

22       26.    The energy capacity of a battery is one of the most important characteristics a

23  consumer reviews to determine which battery to purchase. Amazon advertises the energy

24  capacity of the battery sold in milli-amp hours (mAh). Virtually all lithium-ion cells have a rated

25  capacity measured in milliamp-hours (mAh) or amp-hours (Ah). The higher the mAh capacity,

26  the more useable energy.

CLASS ACTION COMPLAINT       6       Cotchett, Pitre & McCarthy, LLP
(Case Number  --      )             7511 Greenwood Avenue N., Suite 4057
                                           Seattle, WA 98103

27.     The capacity of authentic lithium-ion 18650 batteries sold by legitimate manufacturers is under 3800 mAh. The space inside the case of every authentic lithium-ion 18650 battery is the same. Cell capacity is limited by the thickness and density of the cathode and anode, and the electrolyte that can fit in the case, in addition to electrode resistance and device requirements for efficient discharge.

28.     Lithium-ion 18650 batteries for sale on Amazon.com may list capacities ranging from less than 1300 mAh to 12000 mAh. Batteries are often listed with capacities of 9800 mAh or higher, more than double the capacity of any authentic 18650 lithium-ion battery produced by legitimate manufacturers. The deceptively marketed lithium-ion 18650 batteries frequently test at only a small percentage of their advertised capacity.

29.     Consumers purchase higher capacity batteries from Amazon because they are attracted to the longer use duration of the batteries. Unfortunately, many of Amazon's claims are unsubstantiated, misleading, and completely deceptive.

**B.  Amazon Knows about the Defective Nature of Lithium-Ion 18650 Batteries**

30.     Amazon knowingly conceals the capacity of these batteries and alleged safety features in order to mislead Plaintiffs and the public into purchasing batteries that are not as advertised.

31.     Amazon promotes the sale of deceptive and/or unfairly marketed batteries through its use of Amazon product listings uniquely identified by an Amazon Standard Identification Number ("ASIN"). Every product sold on Amazon.com is assigned an ASIN. If a seller or product has too many negative reviews, the product will be removed from the Amazon.

32.     A removed product is often put back on Amazon's website without any substantive quality control or review by Amazon. The same product is given a different ASIN and all prior reviews of the product are removed. Therefore, the purchaser of the existing ASIN version of the product is unaware of any prior negative reviews of the same product, despite this information being known by Amazon.

CLASS ACTION COMPLAINT                    7                    Cotchett, Pitre & McCarthy, LLP
(Case Number  --            )                                          7511 Greenwood Avenue N., Suite 4057
                                                                                            Seattle, WA 98103

33.     Amazon is often the direct seller of the dangerous and potentially deadly items while also allowing third-party sales. Amazon has even developed their own portable lithium-ion battery packs and battery chargers, Amazon Basics Portable Power Banks. Amazon recalled six models of the Portable Power Banks in 2018 due to fire hazard.

34.     Amazon knew or should have knowledge of this practice because on Amazon's website, there are often negative and one-star reviews for the deceptive and defective  lithium-ion batteries and products containing them. Amazon customers complain that the batteries fail to reach the claimed capacity, cost too much for their actual  capacity, arrive smaller than advertised, fail to include marketed safety features, and that products containing the batteries are fire hazards.

35.     An example of a deceptive product sold by Amazon is Super Bright 2000 Lumen 18650 Tactical Flashlight and 6x 3.7V Rechargeable High-Capacity Battery with Batteries Charger, Adjustable Focus and 5 Light Modes Handheld Flashlight for Camping Hiking. Amazon customer Eric Clough left a one star review for the product on June 23, 2021, stating that: "Not as described. The flashlight is fine. The batteries are NOT 5800 MaH. No where close. I have 2600 mah batteries that lasted twice as long."

36.     Another example of a deceptive product sold by Amazon is Tokeyla 18650 flashlight 5 modes with one pack two-Slot charger and 8 pcs 18650 rechargeable battery 5000mAh button top batter for general purpose. Amazon customer Troy Otto left a one star review for the product on May 7, 2021, stating that: "Batteries slightly too tall and flashlight doesn't work right. Batteries don't work with the flashlight correctly. Also, these 18650 batteries are slightly taller than usual 18650's. They are too tall to fit in my ecig."

37.     Another example of a misleadingly advertised product is the Headlamp, Headlight, Hard Hat Light 2000 Lumens IMPROVED Cree Led Ultra Bright Rechargeable Waterproof Flashlight Head Light for Camping, Outdoors (Charging equipment and Battery) included (Silver). Amazon customer Josephine left a one star review for the product on June 4,

2021, stating that: "Broke first use. Worked for about 15 minutes. Never worked again. Tried charging it, changing batteries etc."

38.     As of July 28, 2021, Amazon was still listing thousands of the dangerous and falsely advertised batteries on its site, including those that Amazon knows pose safety risks. Amazon customers who purchased the counterfeit batteries, have posted negative reviews and photos demonstrating how the batteries have burned or exploded. Despite this, and being on notice by virtue of the negative reviews, Amazon continues to directly sell, advertise, and market the defective and dangerous batteries. (*See* Exhibits F-I)

39.     For example, the following product is available for sale by Amazon: Rollerhouses 7.4 Volt Rechargeable Battery 18650 Pack 2000mAh Li - Ion with Wire and JST Connector. Amazon customer Bobby A. left a one star review for the product on June 25, 2021, stating that: "Completely junk. Ordered this battery and waited a week for it to get here. I checked the voltage on the battery when it arrived and it was at "0" volts. I had no idea how long this battery had been stored at "0" volts but that is always a bad sign. I tried charging the battery anyway just to satisfy my suspension and sure enough it is junk. I don't recommend these batteries."

40.     Amazon also has ongoing notice and knowledge of the deceptive, and dangerous nature of the batteries, due to the number of negative reviews submitted by Plaintiff Craig Crosby and other Amazon customers. Since May 3, 2021, Mr. Crosby has submitted at least seven negative reviews to Amazon for defective and dangerous lithium-ion 18650 batteries. Nevertheless, Amazon has blocked and refused to post any of Mr. Crosby's negative reviews about the batteries. Amazon's refusal to submit a review also shows it knew or should have known about its unfair and/or deceptive practice.

41.     Despite this knowledge, Amazon refuses to remove the defective and dangerous products and fraudulently advertised lithium-ion batteries sold on its website. Instead Amazon re-lists and continues to sell and use misleading product photos to obscure the defective and dangerous nature of lithium-ion battery products.

**C.  Defective Lithium-Ion 18650 Batteries Pose Serious Risk Of Injury**

42.    Amazon also fails to adequately inform consumers of above-listed problems with the batteries for sale on their website.

43.    Amazon's deceptive and/or unfair sale of lithium-ion 18650 batteries are often accompanied by misleading claims of safety protections, including that the batteries contain "short-circuit protection," "overcharge and under-charge protection," "high and low voltage cutoff," "venting," "BRC protection circuit" or that batteries are "new" in the product listing, and/or on the individual item and accompanying chargers. Notably, the batteries often fail to contain any of the safety features advertised.

44.    Legitimate rechargeable batteries possess internal safety measures to minimize the risks inherent in lithium-ion batteries generally, and maximize the life of the battery. Standard safety measures may include automatic shut off switches for batteries at both maximum and minimum charge. These measures reduce the risk of injury, from overheating, fire or explosion while charging, discharging, or in the event of a short circuit.

45.     Defective rechargeable lithium-ion 18650 batteries sold by Amazon often do not possess the proper, adequate, or often any safety measures found in genuine lithium-ion batteries. Absent any or all of these protective features, lithium-ion 18650 batteries pose a high risk of explosion or igniting.

46.    On January 8, 2021, The U.S. Consumer Product Safety Commission warned consumers not to buy or use loose 18650 lithium-ion batteries that are separated from battery packs, because they are potentially hazardous when handled, transported, stored, charged, or used to power devices.[1]

---

[1] United States Consumer Product Safety Commission, "CPSC Issues Consumer Safety Warning: Serious Injury or Death Can Occur if Lithium-Ion Battery Cells Are Separated from Battery Packs and Used to Power Devices", https://www.cpsc.gov/content/cpsc-issues-consumer-safety-warning-serious-injury-or-death-can-occur-if-lithium-ion-battery

47.     Amazon knows the risk of injury that defective lithium-ion 18650 batteries pose to consumers, but continues to market, sell, and advertise deceptive lithium-ion 18650 batteries in a way which mischaracterizes that risk.

**D.   Plaintiffs Purchased Amazon Products Containing Defective Lithium-Ion 18650 Batteries**

48.     Plaintiffs collected data on counterfeit lithium-ion 18650 batteries and products containing the batteries purchased on Amazon by tabulating the available reviews. From May 3, 2021 to August 1, 2021, the reviews revealed that 72,434 lithium-ion 18650 batteries and products with the batteries were reported sold by Amazon. This data is based only on the reviews of items purchased, not actual items purchased, and represents only a very small fraction of the counterfeit lithium-ion 18650 batteries sold by Amazon. Many of these reviews were negative, indicating that the batteries were defective and/or dangerous. (*See e.g.* Exhibits F-I).

49.     From June through July 2021, Plaintiff Craig Crosby purchased eight products from Amazon containing deceptive and/or defective lithium-ion 18650 batteries that were advertised with a number of false and misleading statements, including about their battery capacity. Upon receipt of the batteries, Mr. Crosby conducted energy tests of the batteries and determined that Amazon had misrepresented the capacity of a number of the batteries. Amazon also made several other misrepresentations, including that products contained authentic CREE LEDs, produced particular lumens, or lasted up to 100,000 hours. A number of the products, however, did not arrive as advertised, did not work at all, or failed to include the advertised batteries or the batteries failed to hold a charge.

50.     From June through July 2021, Plaintiff Chris Johnson purchased three products from Amazon containing defective and deceptive lithium-ion 18650 batteries. Upon receipt of the products, Mr. Johnson conducted energy tests of the batteries and determined that Amazon had made numerous false and deceptive statements regarding the products. These products were all purchased after May 3, 2021, the date that Amazon dropped its arbitration requirement.

51. As of July 28, 2021, Amazon was still listing thousands of the dangerous and falsely advertised batteries on its site, including those that Amazon knows pose safety risks.

52. Plaintiffs purchased the following products from Amazon containing unfairly marketed, defective, and dangerous lithium-ion 18650 batteries:

| **Product Purchased by Craig Crosby** | **Purchase Date** | **Price** | **Advertised Capacity** | **Actual Capacity** |
|---|---|---|---|---|
| Tokeyla 18650 flashlight 5 modes with one pack two-Slot charger and 8 pcs 18650 rechargeable battery 5000mAh button top batter for general purpose<br><br>ASIN B08C9Q2FZK | June 4, 2021 | Amazon Direct Seller: $22.30 before tax and shipping. | Eight 18650 lithium-ion rechargeable batteries with 5000mAh capacity. | Four batteries tested at 1726mAh, 1654mAh, 1799mAh, 1631mAh.<br><br>Four batteries retained in original shrink wrap packaging. |
| Tokeyla Full Metal 5 Modes Tactical Flashlight with 4-Pack 18650 Rechargeable Batteries and USB Charger Super Bright high Lumen Handheld Flashlight<br><br>ASIN B089LNM5B8 | June 4, 2021 | Amazon Direct Seller: $18.96 before tax and shipping. | Four 18650 lithium-ion rechargeable batteries with 5800mAh capacity. | All batteries tested at 1049mAh, 958,mAh, 881mAh, 906mAh. |

| | | | | |
|---|---|---|---|---|
| Goreit Rechargeable Flashlight, LED Tactical Flashlight with 18650 Battery & USB Charger, Super Bright 900 Lumens CREE LED, Zoomable, 5 Light Modes, Water Resistant, Military Torch For Camping, Emergency<br><br>ASIN B07H8JWZ3V | June 5, 2021 | Amazon Direct Seller: $16.26 before tax and shipping. | One 18650 lithium-ion battery with 4000mAh capacity. | The battery tested at 1890mAh. |
| The Revenant Super Bright LED Headlamp 4 Modes 3 CREE XM-L T6 Waterproof & Lightweight Camping Outdoor Sports Headlight<br><br>ASIN B01KVSMBK2 | June 5, 2021 | Amazon Direct Seller: $13.46 before tax and shipping. | Four 18650 lithium-ion rechargeable batteries with 5000mAh capacity. | Two batteries tested at 39mAh, 39mAh.<br><br>Two batteries retained in original shrink wrap packaging. |
| ZXLN Portable LED Work Light, COB LED Work Light 20W, Rechargeable Outdoor Work Light, 4000mAh Power Bank for Hiking, Car Repairing, Builtin SOS Emergency Mode (Free 2X18650 Lithium Batteries) | June 11, 2021 | Amazon Direct Seller: $16.19 before tax and shipping. | Two 18650 lithium-ion rechargeable batteries with 4000mAh capacity. | The product was delivered with blue 2000mAh batteries, not the red 4200mAh batteries as advertised, item was returned for a refund. |

| ASIN B07NQ7FGTN | | | | |
|---|---|---|---|---|
| Father's Day Dad Gifts Led Flashlight High Lumens 4000 LED Tactical Rechargeable Flashlight 5 Modes with Battery Zoomable Water Resistant for Hiking Biking Camping Outdoor Emergency Daily Flashlight | June 11, 2021 | Amazon Direct Seller: $14.71 before tax and shipping. | One 18650 lithium-ion rechargeable battery with 5800mAh capacity. | The battery tested at 1326mAh. |
| ASIN B08J42DCQ4 | | | | |
| Super Bright 2000 Lumen 18650 Tactical Flashlight and 6x 3.7V Rechargeable High-Capacity Battery with Batteries Charger, Adjustable Focus and 5 Light Modes Handheld Flashlight for Camping Hiking | July 8, 2021 | Amazon Direct Seller: $18.39 before tax and shipping. | Six 18650 lithium-ion rechargeable batteries with 5800mAh capacity. | The batteries tested at 1242mAh, 1033mAh, 1209mAh, 1264mAh, 1234mAh, 1258mAh. |
| ASIN B08GKYBZPC | | | | |
| Headlamp, Headlight, Hard Hat Light 2000 Lumens IMPROVED Cree Led Ultra Bright | July 8, 2021 | Amazon Direct Seller: $18.92 before tax and shipping. | Two 18650 lithium-ion rechargeable batteries with 5000mAh capacity. | Initial test of the batteries revealed 39mAh and 70mAh capacity.  Second test of the batteries revealed |

| | | | | |
|---|---|---|---|---|
| Rechargeable Waterproof Flashlight Head Light for Camping, Outdoors (Charging equipment and Battery) included (Silver)<br><br>ASIN B07ZFWDBL6 | | | | 38mAh and 52mAh capacity. |

| **Product Purchased by Christopher Johnson** | **Purchase Date** | **Price** | **Advertised Capacity** | **Actual Capacity** |
|---|---|---|---|---|
| Led Flashlight High Lumens 4000 LED Tactical Rechargeable Flashlight 5 modes with Battery Zoomable Water Resistant for Hiking Biking Camping Outdoor Emergency Daily Flashlight<br><br>ASIN B08J42DCQ4 | June 9, 2021 | Amazon Direct Seller: $14.99 before tax and shipping. | One 18650 lithium-ion rechargeable battery with a claimed capacity of 5800mAh capacity. | The battery tested at 891mAh. |
| Tokeyla LED 18650 Flashlight, Including 6PCS Battery Charger, Water Resistant, Zoomable, 5 Modes Flashlight for Camping, Outdoor, Emergency, | June 9, 2021 | Amazon Direct Seller: $22.07 before tax and shipping. | Six 18650 lithium-ion rechargeable batteries with 5000mAh capacity. | All six batteries were sealed in shrink wrap. A random sample cell was Tested and found to have a capacity of 844mAh. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

CLASS ACTION COMPLAINT                    15                    Cotchett, Pitre & McCarthy, LLP
(Case Number  --            )                                                     7511 Greenwood Avenue N., Suite 4057
                                                                                           Seattle, WA 98103

| | | | | |
|---|---|---|---|---|
| Everyday Flashlights<br><br>ASIN B08HQRMLMZ | | | | |
| PHIXTON LED Tactical Flashlight High Lumens, Rechargeable 5000mAh 18650 Battery Charger Gift Case Kit, Powerful L2 Adjustable Handheld Flash Light, 5Mode Waterproof Torch, For Indoor Outdoor Emergency<br><br><br>ASIN B074PXZSRV | June 9, 2021 | Amazon Direct Seller: $15.29 before tax and shipping. | One 18650 lithium-ion battery with 5000mAh capacity. | The battery tested at 906mAh. |

1

VII.    **CAUSES OF ACTION**

2

**FIRST CAUSE OF ACTION**

3

**(Violation Of The Washington Consumer Protection Act,**

4

**RCW Section 19.86.010 *et seq*.,**

5

**(On behalf of Plaintiffs and the Class)**

6

53.     Plaintiffs incorporate the allegations in preceding paragraphs as if fully set forth

7

herein in full.

8

54.     The Washington consumer Protection Act, RCW 19.86 *et seq.,* provides

9

consumers with a comprehensive procedure for redressing Defendants' unfair or deceptive

10

business practices.

11

55.     Under the Washington Consumer Protection Act, an out-of-state plaintiff may

12

bring a claim under the Washington Consumer Protection Act against a Washington-based

13

corporation with its headquarters location in Washington state for its unfair and/or deceptive

14

acts.

15

56.     Defendant's acts and omissions as alleged herein violate the Washington CPA

16

because they: (1) are unfair or deceptive acts or practices; (2) are committed in the course of

17

Defendants' business; (3) affects the public interest; and (4) have caused injury to (5) Plaintiffs

18

in their business and/or property and to the members of the Class.

19

57.     Amazon's above-described conduct in failing to disclose and concealing the,

20

unfair, defective and/or dangerous nature of lithium-ion batteries sold on their website

21

constitutes an unfair trade practice, and unfair and/or deceptive acts and practices, within the

22

meaning of the Washington Consumer Protection Act, RCW 19.86 *et. seq*.

23

58.     Amazon's above-described conduct affects the public interest because it affected

24

and injured or had the capacity to injure a substantial portion of the purchasing public. The

25

conduct complained of is capable of repetition and will likely affect other consumers.

26

CLASS ACTION COMPLAINT                    17                Cotchett, Pitre & McCarthy, LLP
(Case Number  --          )                                 7511 Greenwood Avenue N., Suite 4057
                                                            Seattle, WA 98103

59.     As a result of Amazon's above-described unfair and deceptive conduct, Plaintiffs and the Class members were injured and/or damaged by the wrongful acts and practices of Amazon.

60.     Defendant's actions illustrate why a permanent injunction is necessary to protect Plaintiffs and the general public from similar unfair and unconscionable treatment.

61.     Defendant's actions and inactions as alleged herein are the proximate cause of injury to Plaintiffs and the Class in an amount to be proven at trial.

62.     The balance of the equities favors the entry of permanent injunctive relief against Amazon. The public will be irreparably harmed absent the entry of permanent injunctive relief against Amazon. The public lacks an adequate individual remedy at law, preventing meaningful litigation over individual counterfeit product sales. An injunction against Amazon is in the public interest. Amazon's unlawful behavior is likely to reoccur absent the entry of an injunction.

**SECOND CAUSE OF ACTION**

**DECLARATORY RELIEF UNDER THE DECLARATORY JUDGMENT ACT, 28 U.S.C. 2201**

**(On behalf of Plaintiffs and the Class)**

63.     Plaintiffs and the Class reallege the preceding paragraphs as if fully set forth herein.

64.     An actual and existing dispute exists between Plaintiffs and Amazon which involves direct and substantial interests

65.     Amazon's statements on its website have a tendency to mislead and deceive members of the Class.

66.     Plaintiffs are entitled to have this Court establish by declaration their rights and legal relations under the Washington CPA.

67.     A judicial determination will be final and conclusive of the Plaintiffs' rights under the Washington CPA.

CLASS ACTION COMPLAINT                18            Cotchett, Pitre & McCarthy, LLP
(Case Number  --            )                                   7511 Greenwood Avenue N., Suite 4057
                                                                               Seattle, WA 98103

1

**VIII.   PRAYER FOR RELIEF**

2       68.   WHEREFORE, Plaintiffs demand judgment in their favor and in favor of the

3    Class members for:

4            A.  An Order certifying that Plaintiffs and the proposed Class members constitute a

5                single class and designating the action as a Class Action pursuant to Federal Rule

6                of Civil Procedure 23;

7            B.  Appointment of Plaintiffs as class representatives and payment of compensation

8                as representatives if the Court deems appropriate;

9            C.  Appointment of the attorneys below as Class counsel; and

10           D.  Declaration that Amazon has violated the applicable laws as set forth above;

11           E.  Award permanent public injunctive relief against Amazon;

12           F.  Award reasonable attorney's fees and costs; and

13           G.  Provide such other and further relief the Court deems just and proper.

14

**IX.    DEMAND FOR JURY TRIAL**

15       Plaintiffs hereby demand a jury trial on all issues so triable.

16    Dated:  August 13, 2021               **COTCHETT, PITRE & McCARTHY, LLP**

17                                   By:   */s/*Karin Swope
18                                        Karin B. Swope

19                                   KARIN B. SWOPE (WSBA # 24015)
                                     kswope@cpmlegal.com
20                                   **COTCHETT, PITRE & McCARTHY, LLP**
                                     7511 Greenwood Avenue N, Suite 4057
21                                   Seattle, WA 98103
                                     Facsimile: (650) 697-0577
22

23                                   NIALL P. McCARTHY (*pro hac vice* pending)
                                     nmccarthy@cpmlegal.com
24                                   BETHANY M. HILL (*pro hac vice* pending)
                                     bhill@cpmlegal.com
25                                   **COTCHETT, PITRE & McCARTHY, LLP**
26                                   San Francisco Airport Office Center

CLASS ACTION COMPLAINT            19            Cotchett, Pitre & McCarthy, LLP
(Case Number  --          )                     7511 Greenwood Avenue N., Suite 4057
                                                Seattle, WA 98103

1

2    840 Malcolm Road
     Burlingame, CA 94010
3    Telephone: (650) 697-6000
     Facsimile: (650) 697-0577

4    *Attorneys for Plaintiffs and the Proposed Class*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CLASS ACTION COMPLAINT          20          Cotchett, Pitre & McCarthy, LLP
(Case Number  --          )                 7511 Greenwood Avenue N., Suite 4057
                                            Seattle, WA 98103

# EXHIBIT A

→   ○   🔒   https://www.amazon.com/flashlight-two-Slot-charger-rechargeable-battery/dp/B08C9O2EZK/ref=sr_1_4?dchild=1&keyword   ☆   C   ⌂   🔵   ✅   🅾️   ☑️

azon   Hello
◎ Select your address      All ▾   18650      🔍      🇺🇸 ▾   Hello, Sign in
Account & Lists ▾      Returns
& Orders      🛒 Cart

Best Sellers   Customer Service   Prime ▾   New Releases   Today's Deals   Books   Pharmacy   Fashion   Kindle Books   Toys & Games   Gift Cards



Tokeyla 18650 flashlight 5 modes with one pack two-Slot charger and 8 pcs 18650 rechargeable battery 5000mAh button top battery for general purpose

   

  

power up your devices for long time
› See more product details

# EXHIBIT B

   

https://www.amazon.com/Tokeyla-Tactical-Flashlight-Rechargeable-Batteries/dp/B089LNM5B8/ref=sr_1_3?dchild=1&keywo

 **azon**

o results

| Go | Your Account | Help



Roll over image to zoom in

## Tokeyla Full Metal 5 Modes Tactical Flashlight with 4-Pack 18650 Rechargeable Batteries and USB Charger Super Bright high Lumen Handheld Flashlight

Visit the Tokeyla Store

★★★★☆ ˅   920 ratings | 24 answered questions

Amazon's Choice   for "18650 battery and charger combo p...

Get $50 off instantly: Pay $0.00 $18.96 upon approval for the Amazon Rewards Visa Card. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

### Only 1 left in stock - order soon.

Color: **Brown**

- Durability, made of military grade aluminum, works well in any conditions.
- Resistant, water and shock resistant, can be used in the rain, snow situation.
- Arrangement & zoomable: 5 mode high / middle / low / flash / strobe , zoom by pulling the head of the flashlight.
- Smart charger: fit for 18650/18490/17670/17600 /16340/14500/ rechargeable lithium batteries; the indicator light on charger is red when the battery is charging and is green when charge fully.
- Tactical, full metal, and practical design makes it a perfect for camping, fishing, hunting or dog walking.

**Buy used:**          $18

Get **Fast, Free Shipping** with Amazon Prime

FREE delivery: ˅ **Monday, Ju 14** on orders over $25.00 shipped by Amazon. Details

 Select delivery location

**Used: Very Good** | Details
Sold by Amazon Warehouse
Fulfilled by Amazon

          Add to Cart

Add to List

Share    ⓟ

# EXHIBIT C



Hello
Select your address

All ▾ | 18650

Hello, Sign in
Account & Lists ▾

Returns
& Orders

# Zoomable

## Mini and Portable

17mm

17mm



120mm

ZOOM IN

Swanlake

14mm

130mm

ZOOM OUT

Swanlake

14mm



Φ18mm

5800mAh 3.7V
RECHARGEABLE
18650 LI-ION RECHARGEABLE

65mm

Super Bright 2000 Lumen 18650 Tactical Flashlight and 6x 3.7V Rechargeable High-Capacity Battery with Batteries Charger,Adjustable Focus and 5 Light Modes...

   

  

or gets wet.Adjustable focus with 5 modes: High, Medium, Low, Strobe, and
SOS/Emergency protect your safety.

# EXHIBIT D

zon  ◎ Hello
Select your address     All ▾  18650                                    🔍     ▀▀ ▾     Hello, Sign in
Account & Lists ▾     Returns
& Orders     🛒 Cart

Best Sellers   Customer Service   Prime ▾   New Releases   Pharmacy   Books   Fashion   Toys & Games   Kindle Books   Gift Cards   Amazon Home   Registry   Sell



Headlamp,Headlight,Hard Hat
Light 20000 Lumens
IMPROVED Cree Led Ultra
Bright Rechargeable
Waterproof Flashlight Head
Light for
Camping,Outdoors(Charging...

- night walking or cycling!
- ☀ 【 AMERICAN DESIGN, ENGINEER TESTED】 Looking for a durable,
  long lasting, Cree headlamp? Molo's bright headlamp is in a class of

# EXHIBIT E

○ 🔒 https://www.amazon.com/Tokeyla-Tactical-Flashlight-Rechargeable-Batteries/dp/B089LNM5B8/ref=sr_1_3?dchild=1&keywo...  ☆  C  ⌂



azon | [ ] Go | Your Account | Help

o results



## Support Multiple Appliances


Flashlight


pointer


Controller


Electronic Toy


Headlamps


doorbell

portable f...

Shavers

Roll over image to zoom in

# Tokeyla Full Metal 5 Modes Tactical Flashlight with 4-Pack 18650 Rechargeable Batteries and USB Charger Super Bright high Lumen Handheld Flashlight

Visit the Tokeyla Store

★★★★½ ˅   920 ratings | 24 answered questions

Amazon's Choice   for "18650 battery and charger combo p...

Get **$50 off instantly:** Pay $0.00 $18.96 upon approval for the Amazon Rewards Visa Card. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

## Only 1 left in stock - order soon.

Color: **Brown**

- Durability, made of military grade aluminum, works well in any conditions.
- Resistant, water and shock resistant, can be used in the rain, snow situation.
- Arrangement & zoomable: 5 mode high / middle / low / flash / strobe , zoom by pulling the head of the flashlight.
- Smart charger: fit for 18650/18490/17670/17600 /16340/14500/ rechargeable lithium batteries; the indicator light on charger when the battery is charging and is green when charge fully.
- Tactical, full metal, and practical design makes it a perfect for camping, fishing, hunting or dog walking.

**Buy used:**                    $1

Get **Fast, Free Shipping** with Amazon Prime

FREE delivery: ˅ **Monday, Ju 14** on orders over $25.00 shipped by Amazon. Details

 Select delivery location

**Used: Very Good** | Details
Sold by Amazon Warehouse
Fulfilled by Amazon

[ 🛒   Add to Cart ]

[ Add to List ]

Share ✉    ⓟ

# EXHIBIT F

  

Helpful    Report abuse

 JTL

★☆☆☆☆  **Danger - exploding batteries - so not buy!!!**
Reviewed in the United States on February 15, 2021
**Verified Purchase**

Danger - Exploding Batte



One person found this he

Helpful    Rep

★☆☆☆☆ Danger - exploding batteries -
so not buy!!!
By JTL on February 15, 2021

Danger - Exploding Batteries - do not buy

Images in this review

 

×



 Josephine Guenth

★☆☆☆☆  **Broke firs**
Reviewed in the United S
**Verified Purchase**

Worked for about 15 min

Helpful    Rep

james wallace

★☆☆☆☆  **Not a goo**
Reviewed in the United S
**Verified Purchase**

Works great for 5 to 8 mi
oddball size so not like you can just go get new ones.

# EXHIBIT G

 JTL

★☆☆☆☆  **Danger - exploding batteries - so not buy!!!**
Reviewed in the United States on February 15, 2021
Verified Purchase

Danger - Exploding Batteries - do not buy



One person found this helpful

Helpful   |   Report abuse

 Josephine Guenther

★☆☆☆☆  **Broke first use**
Reviewed in the United States on June 4, 2021
Verified Purchase

Worked for about 15 minutes. Never worked again. Tried charging it, changing batteries, etc.

Helpful   |   Report abuse

 james wallace

★☆☆☆☆  **Not a good deal**
Reviewed in the United States on October 21, 2020
Verified Purchase

Works great for 5 to 8 minutes then batteries start going dead. The light is great but batteries are junk. They are an oddball size so not like you can just go get new ones.

Helpful   |   Report abuse

 harbinger

★☆☆☆☆  **Product will be returned**
Reviewed in the United States on January 17, 2021
Verified Purchase

# EXHIBIT H

🔍 Search customer reviews    **Search**

SORT BY    FILTER BY

| Top revie... ⌄ | All reviewers ⌄ | 1 star only ⌄ | Text, image, ... ⌄ |

FILTERED BY

star Clear filter

9 global ratings | 51 glo

Translate all reviews to E

From the United S

Leonel de león

⭐☆☆☆☆    Mal produ

Reviewed in the United S

Verified Purchase

▶ ⚫

Helpful    Report abuse

✕



⭐☆☆☆☆ **Battery Compartment Blew up**

By George H on April 3, 2021

Left headlamp on charge one night and came back the next morning to find the battery had exploded with such force it blew the back off of the battery compartment. There was paper confetti n the floor around my desk the looks to have been inside the exploded battery. Purchased this headlamp in Feb 2021 and at most the headlamp was used 3 times.

Seller offered to replace it but gave no information as to how to contact him with a shipping address. Send a 2nd message and received the same canned response. I don't see much happening at this point.

Images in this review

 

# EXHIBIT I

 George H

★☆☆☆☆ **Battery Compartment Blew up**

Reviewed in the United States on April 3, 2021



Left headlamp on charge one night and came back the next morning to find the battery had exploded with such force it blew the back off of the battery compartment. There was paper confetti n the floor around my desk the looks to have been inside the exploded battery. Purchased this headlamp in Feb 2021 and at most the headlamp was used 3 times.

Seller offered to replace it but gave no information as to how to contact him with a shipping address. Send a 2nd message and received the same canned response. I don't see much happening at this point.



5 people found this helpful

Helpful      | Report abuse

 lonora

★☆☆☆☆ **Will not hold a charge**

Reviewed in the United States on December 14, 2020



I was very disappointed in this like you charge it completely within 30 minutes it's already starting to die

6 people found this helpful

Helpful      | Report abuse

 David DeGrood

★☆☆☆☆ **Didn't Last Long!**

Reviewed in the United States on May 2, 2021



I purchased two of this head lamp. One stopped working after just a few hours use. I thought maybe it wasn't fully charged, and when I plugged it up to charge, the light came on. Unplug it, it wouldn't work. Stayed this way. So, I opened up the other one I had purchased. It worked fine for several weeks, but started falling apart. I guess these head lamps need to be babied to last. They're not durable enough for daily use. With my job, they're not for me.