THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CRAIG CROSBY and CHRISTOPHER JOHNSON, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-cv-01083-JCC<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>Noted for Consideration: September 13, 2021 |

## JOINT STIPULATION

The parties, through their counsel, stipulate and agree to a 30-day extension of time for Defendant Amazon.com, Inc. ("Amazon") to file a responsive pleading to Plaintiffs' Complaint. This extension moves Amazon's response date to October 13, 2021. Amazon requires additional time to investigate and respond to the complex facts and class allegations alleged in the Complaint. This extension is not sought for the purposes of improper delay, and no party will be prejudiced as a result.

STIP. AND [PROP] ORDER TO EXTEND TIME
(No. 2:21-cv-01083-JCC) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

153744352.1

1    The parties hereby jointly **STIPULATE AND AGREE** to extend Defendant's time to respond to the Complaint to October 13, 2021.

2

3    **SO STIPULATED**.

4    DATE: Sept. 13, 2021                    COTCHETT PITRE & MCCARTHY LLP

5

6    .                                       *s/ Karin Bornstein Swope*

7                                            Karin Bornstein Swope, WSBA No. 24015
                                             COTCHETT PITRE & McCARTHY LLP
8                                            7511 Greenwood Ave N.
                                             Ste 4057
9                                            Seattle, WA 98103
                                             206-778-2123
10                                           Email: kswope@cpmlegal.com
                                             *Attorney for Plaintiffs*
11

12   **SO STIPULATED**.

13   DATE: Sept. 13, 2021                    PERKINS COIE LLP

14   .                                       *s/ Gregory F. Miller*

15                                           Gregory F. Miller WSBA No. 56466
                                             **Perkins Coie LLP**
16                                           1201 Third Avenue, Suite 4900
                                             Seattle, WA 98101-3099
17                                           Telephone: 206.359.8000
                                             Facsimile: 206.359.9000
18                                           E-mail: GMiller@perkinscoie.com
                                             *Attorney for Amazon.com, Inc.*
19

20

21

22

23

24

25

26

STIP. AND [PROP] ORDER TO EXTEND TIME
(No. 2:21-cv-01083-JCC) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

153744352.1

**ORDER**

**IT IS SO ORDERED**.

Dated this 14th day of September 2021.

*/s/ John C. Coughenour*

_____
JOHN C. COUGHENOUR
United States District Judge

STIP. AND [PROP] ORDER TO EXTEND TIME
(No. 2:21-cv-01083-JCC) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

153744352.1

# CERTIFICATE OF SERVICE

The undersigned certifies that on September 13, 2021, I caused to be served via the CM/ECF system a true and correct copy of the foregoing document and that service of this document was accomplished on all parties in the case by the CM/ECF system.

*s/ Gregory F. Miller*
Gregory F. Miller, WSBA No. 56466
GMiller@perkinscoie.com

STIP. AND [PROP] ORDER TO EXTEND TIME
(No. 2:21-cv-01083-JCC) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

153744352.1