THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRAIG CROSBY and CHRISTOPHER JOHNSON, on behalf of themselves and others similarly situated,<br><br>                Plaintiffs,<br>   v.<br><br>AMAZON.COM, INC.,<br><br>                Defendant. | CASE NO. C21-1083-JCC<br><br>MINUTE ORDER |

       The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

       This matter comes before the Court on Plaintiffs' motion for relief from the Court's initial case management dates (Dkt. No. 17.) The motion is DENIED. Federal Rule of Civil Procedure 16(b)(2) allows the Court to extend the time to issue a scheduling order, based on good cause. The Court has previously articulated the basis for extending the case management dates in this matter. (*See* Dkt. No. 6.)

       DATED this 14th day of October 2021.

                                                                    Ravi Subramanian
                                                                    Clerk of Court

                                                                  s/Sandra Rawski
                                                                    Deputy Clerk