THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CRAIG CROSBY and CHRISTOPHER JOHNSON, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation.<br><br>Defendant. | CASE NO. 2:21-cv-01083-JCC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |

## STIPULATION

Plaintiffs Craig Crosby and Chris Johnson's (collectively referred to as "Plaintiffs") and Defendant Amazon.com, Inc. ("Amazon" or "Defendant", together with Plaintiffs, the "Parties") stipulate that Plaintiffs' deadline to oppose the Defendant's Motion to Dismiss (the "Motion") in this action is extended by one week until November 8, 2021, and Defendant's deadline to reply to Plaintiffs' opposition is extended by one week to November 19, 2021. The Motion is noted for November 19, 2021.

Good cause exists due to professional obligations of the parties. This extension is not sought for the purposes of improper delay, and no party will be prejudiced as a result.

/ /

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (2:21-cv-01083-JCC) - 1

Cotchett, Pitre & McCarthy, LLP
7511 Greenwood Avenue N, Suite 4057
Seattle, WA 98103

The parties hereby jointly **STIPULATE AND AGREE** to extend Plaintiffs' deadline to oppose Defendant's Motion to Dismiss in this action by one week until November 8, 2021, and to extend Defendant's deadline to reply to Plaintiffs' opposition by one week to November 19, 2021.

The Motion is noted for consideration on November 19, 2021.

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (2:21-cv-01083-JCC) - 2

Cotchett, Pitre & McCarthy, LLP
7511 Greenwood Avenue N, Suite 4057
Seattle, WA 98103

## ORDER

Plaintiff's Opposition to Defendant's Motion to Dismiss will be filed by November 8, 2021

Defendant's Reply will be filed by November 19, 2021

Defendant's Motion to Dismiss will be noted for consideration on November 19, 2021

**IT IS SO ORDERED**.

DATED this 25th day of October 2021.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

Dated: October 25, 2021

**COTCHETT, PITRE & McCARTHY, LLP**
By: /s/ *Karin B. Swope*
Karin B. Swope, WSBA No. 24015
COTCHETT, PITRE & McCARTHY, LLP
7511 Greenwood Avenue N, Suite 4057
Seattle, WA 98103
Telephone: (206) 778-2123
Facsimile: (650) 697-0577
E-mail: kswope@cpmlegal.com

Niall McCarthy (admitted *pro hac vice*)
Bethany Hill (admitted *pro hac vice*)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
E-mail: nmccarthy@cpmlegal.com
bhill@cpmlegal.com
*Attorneys for Plaintiffs*

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (2:21-cv-01083-JCC) - 3

Cotchett, Pitre & McCarthy, LLP
7511 Greenwood Avenue N, Suite 4057
Seattle, WA 98103

Dated: October 25, 2021

**PERKINS COIE LLP**

By: /s/ *Gregory F. Miller*
Gregory F. Miller, WSBA No. 56466
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: GMiller@perkinscoie.com
*Attorney for Amazon.com, Inc.*

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (2:21-cv-01083-JCC) - 4

Cotchett, Pitre & McCarthy, LLP
7511 Greenwood Avenue N, Suite 4057
Seattle, WA 98103

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 25, 2021, I caused to be served via the CM/ECF system a true and correct copy of the foregoing document and that service of this document was accomplished on all parties in the case by the CM/ECF system.

s/ *Karin B. Swope*

Karin B. Swope, WSBA No. 24015
kswope@cpmlegal.com

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (2:21-cv-01083-JCC) - 5

Cotchett, Pitre & McCarthy, LLP
7511 Greenwood Avenue N, Suite 4057
Seattle, WA 98103