THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CRAIG CROSBY and CHRISTOPHER JOHNSON, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | CASE NO. C21-1083-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On October 10, 2023, the Court entered a stipulation adjusting the case management schedule. (Dkt. No. 104.) That stipulation established Defendant's deadline to file or renew a motion to dismiss. (*See id.* at 1.) Specifically, Defendant was to make this filing within 30 days, following entry of the Court's order on Plaintiff's motion to compel. (*Id.*) The Court entered that order December 7, 2023. (Dkt. No. 125.) Yet no filings have been made.

Accordingly, within the next 30 days, the parties are DIRECTED to meet and confer and provide the Court with a joint status report. It should include the status of jurisdictional discovery and a proposed revised case management schedule for this matter, through class certification.

MINUTE ORDER
C21-1083-JCC
PAGE - 1

DATED this 14th day of October 2021.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk