THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRAIG CROSBY and CHRISTOPHER JOHNSON, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation.<br><br>Defendant. | No. 2:21-cv-01083-JCC<br><br>**NOTICE OF SETTLEMENT** |

Pursuant to Local Civil Rule 11(b) and the Court's September 3, 2024, minute order (Dkt. 130), the undersigned counsel for Plaintiffs Craig Crosby and Christopher Johnson and Defendant Amazon.com, Inc., notify the Court that the parties have reached a settlement in principle. The parties therefore respectfully request that pending finalization of the settlement and anticipated dismissal of the action the Court decline to issue any scheduling order at this time. The parties will either file a Stipulated Notice of Dismissal or a Joint Status Report updating the Court on settlement no later than December 20, 2024.

| | | |
|---|---|---|
| Dated: November 12, 2024 | By: | */s Eric J. Weiss* |
| | | Eric J. Weiss, WSBA No. 44807 |
| | | Mallory Gitt Webster, WSBA No. 50025 |
| | | Breanna C. Philips, WSBA No. 58757 |

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: EWeiss@perkinscoie.com
E-mail: MWebster@perkinscoie.com
E-mail: BPhilips@perkinscoie.com

*Attorneys for Amazon.com, Inc.*

By: */s Karin B. Swope (with permission)*
Karin B. Swope, WSBA No. 24015

**Cotchett, Pitre & McCarthy, LLP**
999 N. Northlake Way, Suite 215
Seattle, WA 98103
Telephone: (206) 802-1272
Facsimile: (650) 697-0577
E-mail: kswope@cpmlegal.com

Niall P. McCarthy (admitted *pro hac vice*)

**Cotchett, Pitre & McCarthy, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
E-mail: nmccarthy@cpmlegal.com

*Attorneys for Plaintiffs*

NOTICE OF SETTLEMENT
(No. 2:21-cv-01083-JCC) – 2

169969951