THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CRAIG CROSBY and CHRISTOPHER JOHNSON, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM, INC., a Delaware corporation.<br><br>Defendant. | Case No. 2:21-cv-01083-JCC<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE** |

## STIPULATION

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Craig Crosby and Christopher Johnson, and Amazon.com Inc., (the "Parties"), through their designated counsel, have entered into a settlement agreement and hereby stipulate to the Court that this action should be dismissed with prejudice and the case should be closed. It is further stipulated that each party shall bear their own attorneys' fees, expenses, and costs.

## [PROPOSED] ORDER

Based on the Parties' stipulation and pursuant to the Parties' settlement agreement, IT IS SO **ORDERED.** The Clerk of the Court is directed to **dismiss** this matter **with prejudice**. The Parties shall bear their own attorneys' fees, expenses and costs.

STIPULATION AND [PROPOSED]
ORDER DISMISSING CASE - 1
[2:21-cv-01083-JCC]

Cotchett, Pitre & McCarthy, LLP
1809 7th Avenue, Suite 1610
Seattle, WA 98101

Dated: January 17, 2025

*John C Coughenour*

Honorable John C. Coughenour
United States District Judge

STIPULATION AND [~~PROPOSED~~]
ORDER DISMISSING CASE - 2
[2:21-cv-01083-JCC]

Cotchett, Pitre & McCarthy, LLP
1809 7th Avenue, Suite 1610
Seattle, WA 98101

Presented By:

Dated: January 17, 2025

By: */s/ Karin B. Swope*
Karin B. Swope, WSBA No. 24015
**Cotchett, Pitre & McCarthy, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206) 802-1272
Facsimile: (206) 299-4184
E-mail: kswope@cpmlegal.com

Niall P. McCarthy (admitted *pro hac vice*)
**Cotchett, Pitre & McCarthy, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
E-mail: nmccarthy@cpmlegal.com

*Attorneys for Plaintiffs*

By: */s/ Eric J. Weiss*
Eric J. Weiss, WSBA No. 44807
Mallory Gitt Webster, WSBA No. 50025
Breanna C. Philips, WSBA No. 58757
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: EWeiss@perkinscoie.com
E-mail: MWebster@perkinscoie.com
E-mail: BPhilips@perkinscoie.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING CASE - 3
[2:21-cv-01083-JCC]

Cotchett, Pitre & McCarthy, LLP
1809 7th Avenue, Suite 1610
Seattle, WA 98101